### STEINAM et al. v. WILLIAM SALOMON & CO. et al.

(Supreme Court, Appellate Division, First Department.   December 19, 1913.)

Appeal from Special Term, New York County.

Action by Abraham Steinam and others against William Salomon & Company and others.   From an order denying a motion to strike from the complaint certain allegations as irrelevant and redundant and to make certain other allegations more definite and certain, defendants appeal.   Order reversed, and motion granted to extent stated in opinion.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Marvin W. Wynne, of New York City, for appellants.

Benjamin G. Paskus, of New York City, for respondents.

SCOTT, J.   The complaint in this action is, in the main, identical with that in Isaacs v. Salomon, 144 N. Y. Supp. 876, decided herewith, and the rulings made in that case are applicable to this.   Paragraphs 8 and 9 of the complaint in this action are not contained in the complaint in the other case. They may have some relevancy as showing the relations between the parties immediately before the sale complained of and therefor will not be stricken out.

Order reversed, and motion granted to the extent indicated, without costs to either party.   Settle order on notice.   All concur.